IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**SHIRLEY GREENDWOOD**                                    **PLAINTIFF**

v.                 **CASE NO. 4:11CV00408 BSM**

**LOWE'S HOME CENTERS, INC.**                            **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed with prejudice pursuant to a settlement by the parties.

Dated this 7th day of May 2012.

_____
UNITED STATES DISTRICT JUDGE